# Court of Appeals
# of the State of Georgia

ATLANTA,  November 06, 2017

*The Court of Appeals hereby passes the following order:*

## A18E0019. RAYON ROBINSON v. SPECIALIZED LOAN SERVICES, LLC et al.

The Appellant's Emergency Petition For Temporary Restraining Order And/Or Preliminary Injunction of Eviction That Would Cause Irrepairable (sic) Damage, filed in the above-styled case as an emergency motion pursuant to Court of Appeals Rule 40 (b), is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/06/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*